**United States Bankruptcy Court**
**District of South Carolina**

Case Number:  22–01246–hb                    Chapter:  7

**In re:**
 Cooper Excavation LLC

| Entered By The Court 3/30/23 | ORDER DISCHARGING TRUSTEE AND CLOSING CASE | Filed By The Court 3/30/23 L. Jefferson Davis, IV Clerk of Court US Bankruptcy Court |

---

The trustee having certified that the estate of the above–named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

The case trustee is discharged as trustee of the estate.

The Chapter 7 case of the above named debtor(s) is closed.


Helen E. Burris
Chief United States Bankruptcy Judge