**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 22−01246−hb

Chapter: 7

**In re:**

Cooper Excavation LLC

| Entered By The Court 3/30/23 | **ORDER DISCHARGING TRUSTEE AND CLOSING CASE** | **Filed By The Court** 3/30/23 L. Jefferson Davis, IV Clerk of Court US Bankruptcy Court |

The trustee having certified that the estate of the above−named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

The case trustee is discharged as trustee of the estate.

The Chapter 7 case of the above named debtor(s) is closed.

Helen E. Burris
Chief United States Bankruptcy Judge

United States Bankruptcy Court
District of South Carolina

In re:  Case No. 22-01246-hb
Cooper Excavation LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-6     User: admin     Page 1 of 1
Date Rcvd: Mar 30, 2023     Form ID: 195BNC     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cooper Excavation LLC, 165 J.C. Cooper Road, Fountain Inn, SC 29644-4611 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christine E Brimm | on behalf of Trustee Michelle L. Vieira cbrimm@bartonbrimm.com cfraser@bartonbrimm.com,bmorrison@bartonbrimm.com |
| Ian D. McVey | on behalf of Creditor GrandSouth Bank imcvey@turnerpadget.com cgatlin@turnerpadget.com |
| Jason Michael Ward | on behalf of Debtor Cooper Excavation LLC jason@wardlawsc.com ward.jasonr100604@notify.bestcase.com;sandy@wardlawsc.com;kristen@wardlawsc.com;michelle@wardlawsc.com |
| Michelle L. Vieira | trustee@chapter7.email mlvieira@ecf.axosfs.com;Trusteeassistant@chapter7.email;ecf.alert+vieira@titlexi.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 5